**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**BRITTANY ROBERTS**                                        **CIVIL ACTION**

**VERSUS**                                                            **NUMBER  07-7444**

**MICHAEL J. ASTRUE**                                      **SECTION  "A" (3)**
**COMMISSIONER OF SOCIAL SECURITY**
**ADMINISTRATION**

**O R D E R**

The Court, having considered the record, the applicable law, the Magistrate Judge's Report

and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's

Findings and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that the Petition for Attorney's Fees [Doc. #35] is  GRANTED IN PART,

in that the Commissioner be ordered to pay attorney's fees in the amount of $5,962.50 (39.75 hours

at $150.00 per hour).

March 8, 2010

UNITED STATES DISTRICT JUDGE